Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

In Re:

Richard Ciganek
225 Dyckman, Unit 14
South Haven, MI 49090
SSN: xxx–xx–0497 EIN: N.A.

Phyllis Ciganek
225 Dyckman, Unit 14
South Haven, MI 49090
SSN: xxx–xx–7987 EIN: N.A.

Case No. : 12–81545
Chapter : 13
Judge : Thomas M. Lynch

---

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: January 19, 2016

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court