Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

In Re:

Richard Ciganek
225 Dyckman, Unit 14
South Haven, MI 49090
SSN: xxx−xx−0497 EIN: N.A.

Case No. :   12−81545
Chapter :    13
Judge :      Thomas M. Lynch

Phyllis Ciganek
225 Dyckman, Unit 14
South Haven, MI 49090
SSN: xxx−xx−7987 EIN: N.A.

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES**
**OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: January 19, 2016

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Richard Ciganek  
Phyllis Ciganek  
    Debtors

Case No. 12-81545-TML  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: jclarke     Page 1 of 1     Date Rcvd: Jan 19, 2016  
                 Form ID: defdso13     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2016.  
db/jdb        +Richard Ciganek,   Phyllis Ciganek,   225 Dyckman, Unit 14,   South Haven, MI 49090-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2016 at the address(es) listed below:

        Charles L. Magerski     on behalf of Debtor 1 Richard   Ciganek Cmagerski@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info  
        Charles L. Magerski     on behalf of Debtor 2 Phyllis   Ciganek Cmagerski@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info  
        Lydia  Meyer     ecf@lsm13trustee.com  
        Michael N Burke     on behalf of Creditor   PHH Mortgage Corporation bk_il_notice@fisherandshapirolaw.com  
        Mohammed O Badwan     on behalf of Debtor 2 Phyllis   Ciganek mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info  
        Mohammed O Badwan     on behalf of Debtor 1 Richard   Ciganek mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info  
        Nathan C Volheim     on behalf of Debtor 2 Phyllis   Ciganek courtinfo@sulaimanlaw.com, molly.a@consumerlawpartners.com,sulaiman.igotnotices@gmail.com  
        Nathan C Volheim     on behalf of Debtor 1 Richard   Ciganek courtinfo@sulaimanlaw.com, molly.a@consumerlawpartners.com,sulaiman.igotnotices@gmail.com  
        Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov  
        Steven L Nelson     on behalf of Creditor   Ford Motor Credit Company LLC snelson@califf.com  
                                                                                                                                                        TOTAL: 10